| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>GIBBONS, JULIA S. | 2. Court or Organization<br><br>US COURT OF APPEALS SIXTH CIRCUIT | 3. Date of Report<br><br>06/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>970 FEDERAL BUILDING<br>167 N MAIN STREET<br>MEMPHIS, TN 38103 | *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | STATE OF TN: SALARY AS COMMISSIONER OF SAFETY & HOMELAND SECURITY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NORTHWESTERN UNIVERSITY | 3/6/14-3/9/14 | CHICAGO, IL | MOOT COURT | MEALS, TRANSPORTATION & LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. BANK | CREDIT CARD | K |
| 2. | CHASE VISA | CREDIT CARD | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 2. IRA-EQUITABLE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 3. SUNTRUST-MEMPHIS, TN | A | Interest | J | T | | | | | |
| 4. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | K | T | | | | | |
| 5. STATE OF TN 401(K) | | | | | | | | | |
| 6. -FIDELITY PURITAN FUND | B | Dividend | K | T | | | | | |
| 7. -NATIONWIDE BANK | | None | J | T | | | | | |
| 8. IRA ROLLOVER RETIREMENT PLAN | | | | | | | | | |
| 9. -AMERICAN FUNDS:INVESTMENT FUND OF AMERICA | B | Dividend | J | T | | | | | |
| 10. -FRANKLIN FDS: MUTUAL GLOBAL DISCOVERY | A | Dividend | J | T | | | | | |
| 11. -IVY FDS: ASSET STRATEGY FUND | B | Dividend | J | T | | | | | |
| 12. -REGIONS FDIC CASH ACCOUNT | A | Interest | J | T | | | | | |
| 13. -CITIGROUP INC - STOCK | A | Dividend | | | Sold | 05/07/14 | J | A | |
| 14. -VOYA EMERGING MARKET FUND CL A | A | Dividend | J | T | | | | | |
| 15. -HIGHLAND LONG/SHORT EQUITY | | None | | | Sold | 04/24/14 | J | A | |
| 16. -PIMCO TOTAL RETURN CLASS A | A | Dividend | J | T | Sold (part) | 02/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold (part) | 02/12/14 | J | A | |
| 18. -GOLDMAN SACHS GLOBAL CD | | None | J | T | | | | | |
| 19. -PACIFIC LIFE OPTIMIZATION MODERATE AGGRESSIVE CL A | A | Dividend | K | T | | | | | |
| 20. -FIRST TRUST TACTICAL INCOME PORTFOLIO | A | Dividend | | | Sold (part) | 03/31/14 | J | A | |
| 21. | | | | | Sold | 04/04/14 | J | A | |
| 22. -ALTRIA GROUP | A | Dividend | J | T | Sold (part) | 11/04/14 | J | B | |
| 23. -SUNAMERICA FOCUSED DIVIDEND STRATEGY | A | Dividend | J | T | | | | | |
| 24. -FIRST TRUST MEGA CAP PORTFOLIO | | None | | | Sold (part) | 02/07/14 | J | A | |
| 25. | | | | | Sold (part) | 03/25/14 | K | B | |
| 26. | | | | | Sold | 03/31/14 | J | A | |
| 27. -CUI GLOBAL INC NEW | | None | | | Buy | 01/17/14 | J | | |
| 28. | | | | | Sold | 03/13/14 | J | A | |
| 29. -FUELCELL ENERGY | | None | | | Buy | 01/21/14 | J | | |
| 30. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 31. | | | | | Sold (part) | 02/18/14 | J | A | |
| 32. | | | | | Sold | 02/26/14 | J | A | |
| 33. -NOVAVAX INC | | None | | | Buy | 02/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold (part) | 02/27/14 | J | A | |
| 35. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 36. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 37. | | | | | Sold | 07/03/14 | J | A | |
| 38. -FIVE OAKS INVESTMENTS | A | Dividend | | | Buy | 02/19/14 | J | | |
| 39. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 40. | | | | | Sold (part) | 06/11/14 | J | A | |
| 41. | | | | | Sold | 11/12/14 | J | A | |
| 42. -ARIAD PHARMACEUTICALS | | None | J | T | Buy | 03/12/14 | J | | |
| 43. -THRESHOLD PHARMACEUTICALS | | None | | | Buy | 03/14/14 | J | | |
| 44. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 45. | | | | | Sold (part) | 09/08/14 | J | A | |
| 46. | | | | | Sold | 09/16/14 | J | A | |
| 47. -VEEVA SYSTEMS | | None | | | Buy | 03/26/14 | J | | |
| 48. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 49. | | | | | Sold | 06/17/14 | J | A | |
| 50. -WINDSTREAM HOLDINGS INC | | None | | | Buy | 04/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 05/13/14 | J | A | |
| 52. | | | | | Sold | 05/15/14 | J | A | |
| 53.   -OLD SECOND BANCORP INC | None | J | T | | Buy | 04/11/14 | J | | |
| 54.   -SANCHEZ ENERGY CORP | None | J | T | | Buy | 04/23/14 | J | | |
| 55. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 56. | | | | | Sold | 05/22/14 | J | A | |
| 57. | | | | | Buy | 12/10/14 | J | | |
| 58. | | | | | Sold (part) | 12/24/14 | J | A | |
| 59.   -AEROVIRONMENT INC | None | | | | Buy | 05/23/14 | J | | |
| 60. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 61. | | | | | Sold | 07/09/14 | J | A | |
| 62.   -REACHLOCAL INC | None | J | T | | Buy | 06/18/14 | J | | |
| 63.   -FIBROCELL SCIENCE INC | None | J | T | | Buy | 06/23/14 | J | | |
| 64. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 65.   -KIRKLANDS INC | None | | | | Buy | 07/11/14 | J | | |
| 66. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 67. | | | | | Sold | 11/20/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -GT ADVANCED TECHS INC | | None | | | Buy | 08/06/14 | J | | |
| 69. | | | | | Sold | 08/18/14 | J | A | |
| 70. -ALIBABA GROUP HOLDING | | None | J | T | Buy | 09/16/14 | J | | |
| 71. -ACORDA THERAPEUTICS | | None | | | Buy | 09/25/14 | J | | |
| 72. | | | | | Sold | 12/08/14 | J | A | |
| 73. -YAHOO INC | | None | J | T | Buy | 11/11/14 | J | | |
| 74. -FACEBOOK INC CL A | | None | J | T | Buy | 12/05/14 | J | | |
| 75. -POTASH CORP OF SAKATCHEWAN | | None | J | T | Buy | 12/09/14 | J | | |
| 76. -INTRALINKS HOLDINGS | | None | J | T | Buy | 12/30/14 | J | | |
| 77. AXA EQUITABLE LIFE INS CO | A | Interest | K | T | | | | | |
| 78. AXA EQUITABLE LIFE INS CO: UNIVERSAL LIFE | B | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GIBBONS, JULIA S.** | 06/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 14: NAME CHANGED FROM ING EMERGING MARKET FUND TO VOYA EMERGING MARKET FUND

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JULIA S. GIBBONS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544